JEFFREY GURAL, Appellant, et al., Plaintiff, v FRED DRASNER, Respondent.

Submitted January 23, 2017; decided April 4, 2017

Motion for reargument of motion for leave to appeal dismissed as untimely (*see* Rules of Ct of Appeals [22 NYCRR] § 500.24 [b]) [*see* 24 NY3d 935 (2014)].